# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENTIS, INC.; NAZARETH GODFREY, <br><br> Plaintiffs, <br><br> v. <br><br> JANE OATES, ASSISTANT SECRETARY, UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | No. 09-cv-5490 <br><br> **FILED** <br> JAN 11 2011 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |

### Order

January 7, 2010

AND NOW, upon consideration of the parties' cross-motions for summary judgment, and for the reasons outlined in the accompanying opinion, it is hereby ordered that (1) plaintiff's motion for summary judgment is GRANTED in major part; (2) defendant's motion for summary judgment is denied; (3) the Denial Letter is vacated; and (4) the Department of Labor is directed to conduct further proceedings consistent with the accompanying opinion.

BY THE COURT:

/s/ _/s/ Louis H. Pollak_
Pollak, J.